UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LARRY JEROME WILLIAMS,**

    **Petitioner,**

v.                                                     Case No. 5:19cv543-TKW-MAF

**STATE OF FLORIDA,**

    **Respondent.**

_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (R&R) (Doc. 17).  Petitioner was afforded an opportunity to file objections to the R&R, but he did not do so.  Instead, Petitioner filed a "Motion for Release from Florida State Prison" (Doc. 18) in which he listed a number of things he did not understand about his trial and sentence.  This filing did not raise any specific issues with the R&R beyond stating that "I do not understand reply [sic] and recommendation means this case."

The R&R clearly explains that Petitioner's amended habeas petition under 28 U.S.C. §2254 must be dismissed because it was not filed within the time allowed by federal law.  The Court agrees with the analysis in the R&R as well as the disposition recommended by the magistrate judge.  Accordingly, it is

    **ORDERED** that:

1. The R&R is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss (Doc. 16) is **GRANTED**, and Petitioner's amended §2254 petition is **DISMISSED as untimely**.

3. A certificate of appealability is **DENIED**.

4. Leave to appeal in forma pauperis is **DENIED**.

5. All relief requested in the "Motion for Release from Florida State Prison" (Doc. 18) is **DENIED**.

6. The Clerk shall close the file.

**DONE and ORDERED** this 14th day of September, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**